Thornton Davidson  #166487
Boden Davidson  #266119
THORNTON DAVIDSON, P.C.
2025 West Shaw Ln., Ste. 101-C
Fresno, CA 93711

Attorneys for Plaintiff HERARDO MARTINEZ

Bruce J. Berger #133320
Michelle Pepper, #216444
STAMMER, McKNIGHT, BARNUM & BAILEY LLP
2540 W. Shaw Lane, Suite 110
Fresno, California 93711
Telephone: (559) 449-0571
Facsimile: (559) 432-2619

Attorneys for Defendants, COUNTY OF FRESNO and ANITA HARPER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERARDO DIONICIO MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF FRESNO, a Public Entity; ANITA HARPER, Deputy Public Guardian; and DOES 1-15, inclusive,<br><br>　　　　Defendants. | CASE NO.: 1:18-CV-00793-LJO-BAM<br><br>**STIPULATION AND <u>AMENDED</u> ORDER RE MODIFICATION OF SCHDULING ORDER**<br><br>Action Filed:  3-26-2018<br>Trial Date:  N/A |

Plaintiff HERARDO D. MARTINEZ ("Plaintiff"), by and through his attorney of record, Thornton Davidson, and Defendants COUNTY OF FRESNO and ANITA HARPER ("Defendants"), by and through their attorney of record, Michelle Pepper, stipulate as follows:

YARRA LAW
GROUP
2000 Fresno St.
Fresno, CA 93721

1

STIPULATION FOR MODIFICATION
OF SCHEDULING CONFERENCE ORDER

A. Pursuant to the Court's Minute Order on June 18, 2019, the parties met and conferred regarding modification of the scheduling order to determine whether a stipulation resolving Plaintiff's Motion to Amend the Scheduling Order could be reached.

B. The parties were unable to stipulate that Plaintiff has good cause to amend the existing Scheduling Order.

C. Nonetheless, in the event the Court finds good cause as set forth in the Declaration of Thornton Davidson, the parties stipulate the following dates:

| | |
|---|---|
| Expert Disclosures: | August 15, 2019 |
| Supplemental Expert Disclosure: | September 16, 2019 |
| Non-Expert Discovery Cut Off: | January 15, 2020 |
| Expert Discovery Cut Off: | February 21, 2020 |
| Pre-Trial Motion Filing Deadline: | April 20, 2020 |
| Settlement Conference: | TBD |
| Pre-Trial Conference: | Date:_____ |
| | Time:_____ |
| | Dept.: _____ |
| Jury Trial: | June 15, 2020 |

Dated: June 20, 2019                **THORNTON DAVIDSON, P.C.**

　　　　　　　　　　　　　　　　　　/s/Thornton Davidson
By_____
　　　　　Thornton Davidson,
　　　　　Attorney for Respondent-Plaintiff
　　　　　HERARDO D. MARTINEZ

Dated: June 20, 2019                STAMMER, McKNIGHT, BARNUM & BAILEY LLP

　　　　　　　　　　　　　　　　　　/s/  Michelle Pepper
By_____
　　　　　Michelle Pepper, Attorneys for Defendants,
　　　　　COUNTY OF FRESNO, ANITA HARPER

## ORDER

Pursuant to the stipulation of the parties, good cause appearing and based upon the availability of judges to decide this case, the Court partially grants and partially denies the request to modify the Scheduling Order. IT IS HEREBY ORDERED that the Scheduling Order in this action is modified as follows:

| | | |
|---|---|---|
| 1. | Expert Disclosures: | July 31, 2019 |
| 2. | Supplemental Expert Disclosures: | August 17, 2019 |
| 3. | Non-Expert Discovery Cutoff: | August 23, 2019 |
| 4. | Expert Discovery Cutoff: | September 26, 2019 |
| 5. | Pretrial Motion Filing Deadline: | October 15, 2019 |
| 6. | Pretrial Conference: | February 12, 2020[1]<br>8:30 a.m.<br>Dept: 4 (LJO) |
| 7. | Jury Trial: | **April 14, 2020**<br>8:30 a.m.<br>Dept: 4 (LJO) |

The parties are advised that further requests for continuances on the basis of counsel's lack of preparation will be looked upon with disfavor and no further extensions or modifications of the deadlines in this case will be granted absent a demonstrated showing of good cause. IT IS FURTHER ORDERED that, in light of the parties' stipulation, the hearing on Plaintiff's motion to modify the Scheduling Order filed June 14, 2019 (Doc. No. 18), currently set for July 19, 2019, is VACATED and the motion is DENIED as moot.

IT IS SO ORDERED.

Dated: **July 3, 2019**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties have been informed that Chief Judge Lawrence J. O'Neill will not be available to conduct the pre-trial conference and trial in this action due to anticipated retirement. The parties also have been informed that it is uncertain who the trial judge will be and if and when the case may proceed to trial.

**STIPULATION FOR MODIFICATION
OF SCHEDULING CONFERENCE ORDER**

YARRA LAW
GROUP
2000 Fresno St.
Fresno, CA 93721