UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERARDO DIONICIO MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF FRESNO, et al.,<br><br>Defendants. | Case No. 1:18-cv-00793-LJO-BAM<br><br>**ORDER DENYING STIPULATED PROTECTIVE ORDER REGARDING RECORDS PERTAINING TO DEPENDENT ADULT CONSERVATEE WITHOUT PREJUDICE**<br><br>(Doc. No. 25) |

On September 10, 2019, Defendants filed a stipulated protective order concerning the discovery of certain information and records pertaining to dependent adult conservatee Robert Camarillo. (Doc. No. 25.) Although the stipulation contains a signature block for counsel for Plaintiff, it is not signed by counsel for Plaintiff. *See* Local Rule 131(b). Accordingly, IT IS HEREBY ORDERED that Defendants' request for entry of the Stipulated Protective Order Regarding Records Pertaining to Dependent Adult Conservatee (Doc. No. 24) is DENIED without prejudice.

IT IS SO ORDERED.

Dated: __September 11, 2019__          __/s/ Barbara A. McAuliffe__
                                                UNITED STATES MAGISTRATE JUDGE